# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER LIPSEY, JR.,

              Plaintiff,

         v.

SATF PRISONS AD-SEG PROPERTY
OFFICERS, et al.,

              Defendants.

_____/

Case No. 1:15-cv-00691-SKO (PC)

ORDER STRIKING UNSIGNED MOTIONS

(Docs. 10 and 11)

      Plaintiff Christopher Lipsey, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 6, 2015.  On September 17, 2015, Plaintiff filed an unsigned motion to amend and on October 16, 2015, he filed an unsigned motion requesting statutory screening of his complaint.  Unsigned filings cannot be considered by the Court and therefore, Plaintiff's motions are ORDERED STRICKEN from the record.  Fed. R. Civ. P. 11(a); Local Rule 131.

IT IS SO ORDERED.

Dated:   **October 20, 2015**　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE