# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | Case No. 1:15-cv-00691-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION TO SUPPLEMENT COMPLAINT |
| v. | (Doc. 13) |
| SATF PRISONS AD-SEG PROPERTY OFFICERS, et al., | |
| Defendants. | |

Plaintiff Christopher Lipsey, Jr. ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 6, 2015. On October 29, 2015, Plaintiff filed a motion seeking leave to amend. Given that Plaintiff seeks to add new claims and parties based on events that occurred after he filed suit, his motion is properly treated as one seeking to file a supplemental complaint. Fed. R. Civ. P. 15(d).

Rule 15(d) provides that "the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). Plaintiff's complaint pleads claims for loss of property, denial of equal protection, and denial of access to the courts arising from events at California Substance Abuse Treatment Facility and State Prison in 2012 and at California State Prison-Corcoran in 2014. The new claims Plaintiff proposes to add are unrelated to the claims originally pled and they do not supplement the events giving rise to those original

claims. Although Rule 15(d) does not require the moving party to satisfy a transactional test, there must still be a relationship between the claim in the original pleading and the claims sought to be added. *Keith v. Volpe*, 858 F.2d 467, 474 (9th Cir. 1988). Thus, "[w]hile leave to permit supplemental pleading is favored, it cannot be used to introduce a separate, distinct and new cause of action." *Planned Parenthood of Southern Arizona v. Neely*, 130 F.3d 400, 402 (9th Cir. 1997) (internal quotation marks and citation omitted).

Accordingly, Rule 15(d) provides no basis for allowing Plaintiff to supplement his complaint to add new, unrelated claims and his motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **December 7, 2015**                                   **/s/ Sheila K. Oberto**
                                                                        UNITED STATES MAGISTRATE JUDGE